| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brian D. Huben (Cal. Bar No. 134354)<br>Nicholas M. Gross (Cal. Bar No. 285403)<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909<br>Telephone: 424.204.4400<br>Facsimile: 424.204.4350<br>E-mail: hubenb@ballardspahr.com<br>E-mail: grossn@ballardspahr.com<br><br>*Attorney for:* Branch Banking and Trust Company | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>BP FISHER LAW GROUP, LLP,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-10158-TA<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s).<br>vs.<br><br><br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1.  I, John D. Sadler_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):
    Branch Banking and Trust Company

2.  I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*      Page 1      **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   Ballard Spahr LLP
   1909 K Street, NW, 12th Floor
   Washington, D.C. 2006-1157

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   | State of Maryland | December 19, 2002 | US District Court for the District of Maryland |
   | District of Columbia | September 8, 2003 | US District Court for the District of Columbia |
   | Supreme Court of Virginia | November 3, 2010 | US District Court for the Eastern and Western Districts of Virginia |

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| U.S.B.C., C.D. Cal. | 11-24720-SC | Pacific Monarch Resorts, Inc. | 10/30/2017 | Granted. |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):
   Brian D. Huben

   Name and address of law firm, or residence address:
   Ballard Spahr LLP
   2029 Century Park East, Suite 800
   Los Angeles, CA 90067-2909

   Telephone number of law firm: 424.204.4400

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 23, 2019

*Signature of applicant*

John D. Sadler
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 01/23/2019

*Signature of Designee*

Brian D. Huben
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909.

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/24/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/24/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/24/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/24/2019 | Donna M. Carolo | /s/ Donna M. Carolo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                Page 4                **F 2090-1.2.APP.NONRES.ATTY**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Marc C Forsythe on behalf of Debtor BP Fisher Law Group, LLP
kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com

Marc C Forsythe on behalf of Defendant BP Fisher Law Group, LLP
kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Debtor BP Fisher Law Group, LLP
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Brian D Huben on behalf of Creditor Branch Banking and Trust Company
hubenb@ballardspahr.com, carolod@ballardspahr.com

Najah J Shariff on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE
najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
**(state method for each person or entity served):**

Honorable Theodor C. Albert                              VIA PERSONAL DELIVERY
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                    Page 5                             **F 2090-1.2.APP.NONRES.ATTY**