United States Bankruptcy Court
Central District of California

In re:                                                                              Case No. 19-10158-TA
BP Fisher Law Group, LLP                                                            Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8         User: admin              Page 1 of 1              Date Rcvd: Jan 31, 2019
                             Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db             +BP Fisher Law Group, LLP,   1900 Main Street,   Suite 610,   Irvine, CA 92614-7319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2019 at the address(es) listed below:
              Amelia B. Valenzuela    on behalf of Interested Party    CAM XV Trust avalenzuela@wedgewood-inc.com,
               dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
              Brian D Huben    on behalf of Creditor    Branch Banking and Trust Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Christopher O Rivas    on behalf of Plaintiff    Ditech Financial, LLC crivas@reedsmith.com,
               chris-rivas-8658@ecf.pacerpro.com
              Frank Cadigan    on behalf of U.S. Trustee    United States Trustee (SA) frank.cadigan@usdoj.gov
              Marc C Forsythe    on behalf of Debtor    BP Fisher Law Group, LLP kmurphy@goeforlaw.com,
               mforsythe@goeforlaw.com;goeforecf@gmail.com
              Marc C Forsythe    on behalf of Defendant    BP Fisher Law Group, LLP kmurphy@goeforlaw.com,
               mforsythe@goeforlaw.com;goeforecf@gmail.com
              Marsha A Houston    on behalf of Plaintiff    Ditech Financial, LLC mhouston@reedsmith.com
              Najah J Shariff    on behalf of Creditor    UNITED STATES OF AMERICA on behalf of the INTERNAL
               REVENUE SERVICE najah.shariff@usdoj.gov,    USACAC.criminal@usdoj.gov
              Robert P Goe    on behalf of Debtor    BP Fisher Law Group, LLP kmurphy@goeforlaw.com,
               rgoe@goeforlaw.com;goeforecf@gmail.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 10

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Brian D. Huben (Cal. Bar No. 134354)<br>Nicholas M. Gross (Cal. Bar No. 285403)<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909<br>Telephone: 424.204.4400<br>Facsimile: 424.204.4350<br>E-mail: hubenb@ballardspahr.com<br>E-mail: grossn@ballardspahr.com<br><br>X    *Attorney for*:  Branch Banking and Trust Company | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JAN 31 2019<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus   DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>BP FISHER LAW GROUP, LLP,<br><br>Debtor(s)<br><br>vs.<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | CASE NO.: 8:19-bk-10158-TA<br>CHAPTER: 11<br>JUDGE: HONORABLE THEODOR C. ALBERT<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                       **F 2090-1.2.ORDER.NONRES.ATTY**

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):

John D. Sadler

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: January 31, 2019

_____
Theodor C. Albert
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                   F 2090-1.2.ORDER.NONRES.ATTY