PETER C. ANDERSON
United States Trustee
FRANK CADIGAN (State Bar. No. 95666)
Assistant United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BP FISHER LAW GROUP, LLP<br><br><br><br><br><br>Debtor | CASE NUMBER: 8:19-bk-10158-TA<br><br>CHAPTER 11<br><br>NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b); DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF<br><br><br>DATE:    MARCH 6, 2019<br>TIME:    10:00 A.M.<br>CTRM:   5B |

**TO THE HONORABLE THEODOR C. ALBERT, DEBTOR, DEBTOR'S COUNSEL, AND PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that on the above date and time and in the indicated courtroom, the United States Trustee for Region 16 (hereafter "U.S. Trustee) will move, and does hereby move this Court for an Order dismissing this case or converting this case to one under chapter 7 on the grounds set forth below.

If you wish to oppose this Motion, you must **file a written response** with the Bankruptcy Court and serve a copy of it upon the U.S. Trustee at the address set forth in the upper left-hand corner of this document, upon the Debtor **no less than fourteen (14) days** prior to the above

hearing date.  If you fail to file a written response to this Motion within such time period, the Court

may treat such failure as a waiver of your right to oppose the Motion and may grant the

requested relief. *See Local Bankruptcy Rule 9013-1(f) and (h).*

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: February 4, 2019

/s/ Frank Cadigan
FRANK CADIGAN
Assistant U.S. Trustee

//

//

//

# I.
## *INTRODUCTION*

The Debtor is a law firm that through the fourth quarter of 2018 performed work in the foreclosure business.  The Debtor had more than 30 employees in 2018 but by the time of this filing, the number of employees had been trimmed to 10 (5 in Wisconsin and 5 in California). Compliance with the U.S. Trustee Guidelines was due January 22, 2019 but, to date, none has been submitted.

# II.
## *STATEMENT OF FACTS*

### A.  Chapter 11 Filing

On January 15, 2019, BP Fisher Law Group, LLP, ("Debtor") filed this Chapter 11 petition, which was assigned case number 8:19-bk-10158-TA. **See docket at Exhibit "A" and petition at Exhibit "B".**

### B.  Initial Communication

On January 16, 2019, the U.S. Trustee sent its initial communication to counsel in which it identified January 22 as the deadline for complying with this office's requirements.  **See January 16, 2019 e-mail at Exhibit "C".**

### C.  Initial Debtor Interview and Debtor's Lack of Compliance

On January 31, 2019, the U.S. Trustee conducted the Initial Debtor Interview ("IDI"). In attendance at the IDI were Matthew Browndorf, the Managing Member of Plutos Sama, LLC, which is the General Partner of the Debtor, and Marc Forsythe, counsel for the Debtor.  During the IDI, we discussed *inter alia* the current workforce, which numbers 10 (5 in California and 5 in Wisconsin), the former workforce, which was 30 in number in 2018, the organizational structure, and the lack of compliance documents.  To date, the U.S. Trustee has not received any compliance documents, as required by the U.S. Trustee Guidelines and Requirements, including but not limited to:

1. Proof that all pre-petition bank accounts have been closed
2. Evidence that debtor-in-possession bank accounts have been opened
3. Global declaration regarding all compliance issues
4. Workers' compensation insurance

   5.  Directors & Officers insurance
   6.  Commercial General Liability insurance
   7.  Real Property Questionnaires for all leased premises
   8.  Balance Sheet
   9.  Profit-and-loss statement(s)
  10. Payroll tax returns
  11. Income tax returns

**See** **Declaration of Marilyn S. Sorensen ("Sorensen Dec. ")**

## III.
### POINTS AND AUTHORITIES

Bankruptcy Code section 1112(b)(1) provides that "on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate." The bankruptcy court has broad discretion in determining what constitutes "cause" adequate for dismissal under 11 U.S.C. § 1112(b). *See In re Consolidated Pioneer Mortg. Entities*, 248 B.R. 368, 375 (9th Cir. B.A.P. 2000). While section 1112(b)(4) identifies a number of factors that can constitute "cause" for dismissal of a case, the list is not exhaustive. *Id.*

The Ninth Circuit Bankruptcy Appellate Panel recently opined in *In re Bronson*, 2013 WL 2350791 (9th Cir.BAP Ariz.) that:

> Indeed, we have held that bankruptcy courts enjoy wide latitude in determining whether the facts of a particular case constitute cause for conversion or dismissal under § 1112(b). *See Pioneer Liquidating Corp. v. U.S. Trustee (In re Consol. Pioneer Mortg. Entities)*, 248 B.R. 368, 375 (9th Cir.BAP2000), *aff'd*, 264 F.3d 803 (9th Cir.2001); *see also In re Greenfield Drive Storage Park*, 207 B.R. at 916. This wide latitude is driven in part by common sense. Having presided over the often lengthy and complex reorganization proceedings, the bankruptcy court has a familiarity with the parties and the issues that puts it in the best position to make the "cause" determination under § 1112(b). In addition, the wide latitude afforded to bankruptcy courts is consistent with the legislative history accompanying § 1112(b): " 'the court will be able to consider other factors as they arise, and to use its equitable powers to reach an appropriate result in individual cases.' " *In re Consol. Pioneer Mortg. Entities*, 248 B.R. at 375 (*quoting* H. Rept. No. 95–595, 95th Cong., 1st Sess. 405–06 (1977), reprinted in 1978 U.S.C.C.A.N. 6362).

*In re Bronson*, 2013 WL 2350791, at *8 (9th Cir.BAP Ariz.).  Here, as set forth below, the facts of this particular case constitute cause to dismiss or convert this case to chapter 7.

**(A)    Cause Exists Because The Debtor Has Not Complied With the U.S. Trustee's Requirements, Including the Failure to Provide Its Workers Compensation Insurance Policy**

Under § 1112(b)(4)(H), the term "cause" includes "failure timely to provide information or attend meetings reasonably requested by the United States Trustee..."  Furthermore, under § 1112(b)(4)(C), the term "cause" includes failure to "maintain appropriate insurance that poses a risk to the estate."  Moreover, Local Bankruptcy Rule 2015-2(a)(1) states "The debtor, the debtor in possession, or chapter 11 trustee must timely provide the United States trustee with financial, management and operational reports, and such other information requested by the United States trustee in writing pursuant to the United States Trustee Notices and Guides as necessary to properly supervise the administration of a chapter 11 case."

As set forth above, to date, the Debtor has not complied with certain requirements set forth in the U.S. Trustee Guidelines and Requirements Notice of Requirements. In particular, the Debtor has failed to provide the U.S. Trustee with the following documents:

1. Proof that all pre-petition bank accounts have been closed
2. Evidence that debtor-in-possession bank accounts have been opened
3. Global declaration regarding all compliance issues
4. Workers' compensation insurance
5. Directors & Officers insurance
6. Commercial General Liability insurance
7. Real Property Questionnaires for all leased premises
8. Balance Sheet
9. Profit-and-loss statement(s)
10. Payroll tax returns
11. Income tax returns

These documents were due January 22, 2019.  To date, none of these documents has been provided to the U.S. Trustee.

As noted above in the statement of facts, the Debtor currently has a workforce of 10 employees.  Accordingly, under § 1112(b)(4)(C), "cause" exists to dismiss or convert this case

because the Debtor's failure to maintain appropriate insurance is posing a risk to the estate.

### (B)  Best Interest of Creditors and the Estate Test

Once "cause" is established, the Court must dismiss the case or convert it to chapter 7, "whichever is in the best interests of creditors and the estate . . . unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors of the estate."  *See* 11 U.S.C. § 1112(b)(1) and *In re Nelson*, 343 B.R. 671, 675 (9th Cir.BAP 2006).

### (C)  "Unusual Circumstances" Test

As noted above, when the court finds "cause" to dismiss or convert a chapter 11 case, the court must first decide whether dismissal, conversion, or the appointment of a trustee or examiner is in the best interests of creditors and the estate.  The court, however, may not convert or dismiss a case if there exist "unusual circumstances" that establish dismissal or conversion is not in the best interests of creditors and the estate. *See* 11 U.S.C. § 1112(b)(2). The debtor bears the burden of proving the "unusual circumstances." *In re Sanders*, 2013 WL 1490971, at *7 (9th Cir. BAP Apr. 11, 2013) (*citing In re Orbit Petroleum, Inc.*, 395 B.R. 145, 148 (Bankr.D.N.M 2008)).

### IV.

### *CONCLUSION*

For each and all of the above reasons, and also based upon such other and further oral and/or documentary evidence as may be presented at the time of the hearing, the U.S. Trustee respectfully requests as follows:

A.      That this Court grant the U.S. Trustee's motion herein and dismiss this case or convert this case to one under chapter 7; and

//

B.    That this Court order such other and further relief as it deems appropriate under

the circumstances.

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: February 4, 2019

/s/ Frank Cadigan
Frank Cadigan
Assistant U.S. Trustee

### DECLARATION OF MARILYN SORENSEN

I, Marilyn Sorensen, hereby declare as follows:

1.  I am employed by the Office of the U.S. Trustee as a Bankruptcy Analyst and have been so employed for more than 30 years.  My duties and responsibilities include the review and analysis of Chapter 11 cases including the case of *In re BP Fisher Law Group, LLP,* case number 8:19-bk-10158-TA.  The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto. This declaration is filed in support of the United States Trustee's Notice of Motion and Motion to Dismiss or Convert Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) in case number 8:19-bk-10158-TA.

2.  According to the Court docket, on January 15, 2019, BP Fisher Law Group, LLP, ("Debtor") filed this Chapter 11 petition, which was assigned case number 8:19-bk-10158-TA. **See docket, which I accessed on February 4, 2019, at Exhibit "A" and a conformed copy of the petition at Exhibit "B".**

3.  On January 16, 2019, I e-mailed Debtor's counsel and identified January 22 as the deadline for complying with this office's requirements.  **A true and correct copy of the January 16, 2019 e-mail is attached hereto at Exhibit "C".**

4.  On January 31, 2019, I conducted the Initial Debtor Interview ("IDI"), along with AUST Frank Cadigan. In attendance at the IDI were Matthew Browndorf, the Managing Member of Plutos Sama, LLC, which is the General Partner of the Debtor, and Marc Forsythe, counsel for the Debtor.  During the IDI, we discussed *inter alia* the current workforce, which numbers 10 (5 in California and 5 in Wisconsin), the former workforce, which was 30 in number in 2018, the organizational structure, and the lack of compliance documents.  To date, the U.S. Trustee has not received any compliance documents, as required by the U.S. Trustee Guidelines and Requirements, including but not limited to:

Proof that all pre-petition bank accounts have been closed
Evidence that debtor-in-possession bank accounts have been opened
Global declaration regarding all compliance issues

Directors & Officers insurance
Commercial General Liability insurance
Real Property Questionnaires for all leased premises
Balance Sheet
Profit-and-loss statement(s)
Payroll tax returns
Income tax returns


I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.  Executed this 4th day of February 2019 at Santa Ana, California.

/s/ Marilyn Sorensen
Marilyn Sorensen
Bankruptcy Analyst

//

//

//

**Exhibit "A"**

**DEFER, PlnDue, DsclsDue, Incomplete**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:19-bk-10158-TA

*Date filed:* 01/15/2019
*341 meeting:* 02/22/2019

*Assigned to:* Theodor Albert
Chapter 11
Voluntary
Asset

| | |
|---|---|
| **Debtor** | represented by **Marc C Forsythe** |
| **BP Fisher Law Group, LLP,** *Debtor and Debtor in Possession* | 18101 Von Karman Avenue Ste 1200 |
| 1900 Main Street | Irvine, CA 92612 |
| Suite 610 | 949-798-2460 |
| Irvine, CA 92614 | Fax : 949-955-9437 |
| ORANGE-CA | Email: kmurphy@goeforlaw.com |
| Tax ID / EIN: 36-4837812 | |

**Robert P Goe**
Goe & Forsythe, LLP
18101 Von Karman, Ste 1200
Irvine, CA 92612
949-798-2460
Fax : 949-955-9437
Email: kmurphy@goeforlaw.com

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

represented by **Frank Cadigan**
411 W 4th St Ste 7160
Santa Ana, CA 92701
714-338-3405
Fax : 714-338-3421
Email: frank.cadigan@usdoj.gov

**Michael J Hauser**
411 W Fourth St Suite 7160
Santa Ana, CA 92701-4593
714-338-3417
Fax : 714-338-3421
Email: michael.hauser@usdoj.gov
*TERMINATED: 01/16/2019*

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

**EXHIBIT A**        **001**

| | | |
|---|---|---|
| 01/15/2019 | 1 <br> (28 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by BP Fisher Law Group, LLP List of Equity Security Holders due 01/29/2019. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 01/29/2019. Schedule A/B: Property (Form 106A/B or 206A/B) due 01/29/2019. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 01/29/2019. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 01/29/2019. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 01/29/2019. Schedule H: Your Codebtors (Form 106H or 206H) due 01/29/2019. Declaration About an Individual Debtors Schedules (Form 106Dec) due 01/29/2019. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 01/29/2019. Statement of Financial Affairs (Form 107 or 207) due 01/29/2019. Corporate Resolution Authorizing Filing of Petition due 01/29/2019. Corporate Ownership Statement (LBR Form F1007-4) due by 01/29/2019. Statement of Related Cases (LBR Form F1015-2) due 01/29/2019. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 01/29/2019. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 01/29/2019. Incomplete Filings due by 01/29/2019. (Goe, Robert). TERMINATED Declaration Re Schedules (Form 106Dec) not required. Modified on 1/16/2019 (Roque, Jewell). (Entered: 01/15/2019) |
| 01/15/2019 | | Receipt of Voluntary Petition (Chapter 11)(8:19-bk-10158) [misc,volp11] (1717.00) Filing Fee. Receipt number 48361965. Fee amount 1717.00. (re: Doc# 1) (U.S. Treasury) (Entered: 01/15/2019) |
| 01/16/2019 | 2 <br> (66 pgs) | Adversary case 8:19-ap-01015. Notice of Removal by Ditech Financial, LLC. Nature of Suit: (01 (Determination of removed claim or cause)) (Forsythe, Marc) (Entered: 01/16/2019) |
| 01/16/2019 | 3 <br> (2 pgs) | Order Setting Scheduling And Case Management Conference On February 27, 2019 Re: (BNC-PDF) Signed on 1/16/2019 (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor BP Fisher Law Group, LLP). (Deramus, Glenda) (Entered: 01/16/2019) |
| | | |

**EXHIBIT A**                                                    **002**

| | | |
|---|---|---|
| 01/16/2019 | 4 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor BP Fisher Law Group, LLP) Status hearing to be held on 2/27/2019 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Deramus, Glenda) (Entered: 01/16/2019) |
| 01/16/2019 | 5 (4 pgs) | Notice of Federal Government's Lapse of Appropriations Filed by Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE (RE: related document(s)1 Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by BP Fisher Law Group, LLP List of Equity Security Holders due 01/29/2019. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 01/29/2019. Schedule A/B: Property (Form 106A/B or 206A/B) due 01/29/2019. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 01/29/2019. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 01/29/2019. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 01/29/2019. Schedule H: Your Codebtors (Form 106H or 206H) due 01/29/2019. Declaration About an Individual Debtors Schedules (Form 106Dec) due 01/29/2019. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 01/29/2019. Statement of Financial Affairs (Form 107 or 207) due 01/29/2019. Corporate Resolution Authorizing Filing of Petition due 01/29/2019. Corporate Ownership Statement (LBR Form F1007-4) due by 01/29/2019. Statement of Related Cases (LBR Form F1015-2) due 01/29/2019. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 01/29/2019. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 01/29/2019. Incomplete Filings due by 01/29/2019. (Goe, Robert). TERMINATED Declaration Re Schedules (Form 106Dec) not required. Modified on 1/16/2019.). (Shariff, Najah) (Entered: 01/16/2019) |
| 01/16/2019 | 6 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 2/22/2019 at 12:00 PM at RM 1-159, 411 W Fourth St., Santa Ana, CA 92701. (Corona, Heidi) (Entered: 01/16/2019) |
| 01/16/2019 | 7 (7 pgs) | Notice of Hearing Notice Of Setting Scheduling And Case Management Conference with proof of service |

**EXHIBIT A**                              **003**

|  |  | Filed by Debtor BP Fisher Law Group, LLP. (Forsythe, Marc) (Entered: 01/16/2019) |
|---|---|---|
| 01/18/2019 | [8](#) (6 pgs) | BNC Certificate of Notice (RE: related document(s) [6](#) Meeting of Creditors Chapter 11) No. of Notices: 123. Notice Date 01/18/2019. (Admin.) (Entered: 01/18/2019) |
| 01/18/2019 | [9](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s) [1](#) Voluntary Petition (Chapter 11) filed by Debtor BP Fisher Law Group, LLP) No. of Notices: 1. Notice Date 01/18/2019. (Admin.) (Entered: 01/18/2019) |
| 01/18/2019 | [10](#) (2 pgs) | BNC Certificate of Notice (RE: related document(s) [1](#) Voluntary Petition (Chapter 11) filed by Debtor BP Fisher Law Group, LLP) No. of Notices: 1. Notice Date 01/18/2019. (Admin.) (Entered: 01/18/2019) |
| 01/18/2019 | [11](#) (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[3](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 01/18/2019. (Admin.) (Entered: 01/18/2019) |
| 01/22/2019 | [12](#) (3 pgs) | Notice of Appearance and Request for Notice by Brian D Huben Filed by Creditor Branch Banking and Trust Company. (Huben, Brian) (Entered: 01/22/2019) |
| 01/24/2019 | [13](#) (6 pgs; 2 docs) | Application of non-resident attorney to appear in a specific case per Local Bankruptcy rule *(J. Sadler)* Filed by Creditor Branch Banking and Trust Company (Attachments: # [1](#) Fee Receipt) (Huben, Brian) (Entered: 01/24/2019) |
| 01/28/2019 | [14](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Valenzuela, Amelia. (Valenzuela, Amelia) (Entered: 01/28/2019) |
| 01/29/2019 | [15](#) (6 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) *Ex-Parte Motion To Extend Time To File Schedules, Statement Of Financial Affairs, And Balance Of Deficiency Documents; Declaration Of Marc C. Forsythe In Support Thereof with proof of service* Filed by Debtor BP Fisher Law Group, LLP (Forsythe, Marc) (Entered: 01/29/2019) |
| 01/30/2019 |  |  |

**EXHIBIT A**                    **004**

| | | |
|---|---|---|
| | 16<br>(2 pgs) | Order Granting Ex-Parte Motion To Extend Time To File Schedules, Statement Of Financial Affairs And Balance Of Deficiency Documents (Case Opening Documents) (BNC-PDF) (Related Doc # 15) - IT IS ORDERED: 1. THE MOTION IS GRANTED; 2. DEBTOR SHALL HAVE THROUGH FEBRUARY 15, 2019 TO FILE ITS SCHEDULES OF ASSETS AND LIABILITIES (SCHEDULES A/B,D THROUGH H), STATEMENT OF FINANCIAL AFFAIRS (COLLECTIVELY REFERRED TO HEREIN AS THE "SCHEDULES"), AND ALL OTHER DOCUMENTATION REQUIRED BY THE CODE Signed on 1/30/2019. (Deramus, Glenda) (Entered: 01/30/2019) |
| 01/31/2019 | 17<br>(2 pgs) | ORDER on application of JOHN D. SADLER non-resident attorney to appear in a specific case per Local Bankruptcy rule (BNC-PDF) (Related Doc # 13 ) Signed on 1/31/2019 (Deramus, Glenda) (Entered: 01/31/2019) |
| 02/01/2019 | 18<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)16 Order on Motion to Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (BNC-PDF)) No. of Notices: 1. Notice Date 02/01/2019. (Admin.) (Entered: 02/01/2019) |
| 02/02/2019 | 19<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)17 ORDER on application of non-resident attorney to appear in a specific case per Local Bankruptcy rule (BNC-PDF)) No. of Notices: 1. Notice Date 02/02/2019. (Admin.) (Entered: 02/02/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/04/2019 11:02:50 | | | |
| PACER Login: | us7782:2657087:4299065 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:19-bk-10158-TA Fil or Ent: filed From: 11/6/2018 |

**EXHIBIT A**                    **005**

| | | | To: 2/4/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

**EXHIBIT A**                    **006**

# Exhibit "B"

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BP Fisher Law Group, LLP** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4837812** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1900 Main Street**<br>**Suite 610**<br>**Irvine, CA 92614**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**EXHIBIT B**    **007**

Debtor   **BP Fisher Law Group, LLP**                                    Case number *(if known)* _____
Name

---

**7.   Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

 

B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

 

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5411__

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

---

**EXHIBIT B**                    **008**

| Debtor | **BP Fisher Law Group, LLP** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**EXHIBIT B**                                             **009**

Debtor    **BP Fisher Law Group, LLP** _____    Case number (if known) _____
          Name

░░░ **Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 15, 2019**
              MM / DD / YYYY

X _____          **Matthew C. Browndorf**
  Signature of authorized representative of debtor      Printed name

Title   **Manager of Plutos Sama, LLC**

**8. Signature of attorney**   X _____          Date   **January 15, 2019**
                                  Signature of attorney for debtor              MM / DD / YYYY

**Marc C. Forsythe 153854**
Printed name

**GOE & FORSYTHE, LLP**
Firm name

**18101 Von Karman Avenue**
**Suite 1200**
**Irvine, CA 92612-7127**
Number, Street, City, State & ZIP Code

Contact phone   **(949) 798-2460**      Email address   **mforsythe@goeforlaw.com**

**153854 CA**
Bar number and State

**EXHIBIT B**                                                                          **010**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BP Fisher Law Group, LLP** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlantic Auctions PO Box 200, 4805 Philadelphia Road Belcamp, MD 21017** | | | | | | **$30,000.00** |
| **ELAN P.O. Box 6343 Fargo, ND 58125-6343** | | | | | | **$550,000.00** |
| **FIRST Insurance Funding 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-7917** | | | | | | **$47,752.75** |
| **GTR Source 111 John Street Suite 1210 New York, NY 10038** | | | | **$98,980.20** | **$0.00** | **$98,980.20** |
| **Influx Capital, LLC 32 Court Street, Suite 205 Brooklyn, NY 11201** | | | | **$72,963.50** | **$0.00** | **$72,963.50** |
| **Jeffrey B. Fisher 155 Potomac Passage, No. 214 Oxon Hill, MD 20745** | | | | | | **$113,022.65** |
| **John Ball 2046 MOUNT VERNON STREET Philadelphia, PA 19130** | | | | | | **$700,000.00** |
| **KMC Information Systems, L.C. 101 W. Argonne Dr. Suite 261 Saint Louis, MO 63122** | | | | | | **$21,918.12** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**EXHIBIT B**    **011**

Debtor  **BP Fisher Law Group, LLP**
     Name                                                  Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **KMC Information Systems, L.C.** P.O Box 677227 Dallas, TX 75267-7227 | | | | | | $21,918.12 |
| **Leading Edge Administrators** 14 Wall Street, Suite 5B New York, NY 10005 | | | | | | $150,000.00 |
| **NH-J Office/Retail, LLC** 12500 Fair Lakes Circle Fairfax, VA 22033-3804 | | | | | | $650,000.00 |
| **Regus** 15305 Dallas Parkway, Suite 400 Addison, TX 75001 | | | | | | $31,000.00 |
| **RSUI Group, Inc.** P.O. Box 935125 Atlanta, GA 31193-5125 | | | | | | $54,749.93 |
| **Shea Barclay Group** 501 E. Kennedy Blvd., Ste. #1000 Tampa, FL 33602 | | | | | | $28,311.37 |
| **State of Maryland Comptroller of Maryland** 110 Carroll Street Annapolis, MD 21411 | | | | | | $300,000.00 |
| **State of Maryland Comptroller of th** Room 409, State Office Building 301 West Preston Street, Baltimore, MD 21201-2383 | | | | | | $50,405.00 |
| **Terrace Towers** 121 SW Morrison, Ste. 250 Portland, OR 97204 | | | | | | $191,610.00 |
| **United Parcel Service** P.O. Box 7247-0244 Philadelphia, PA 19170-0001 | | | | | | $22,596.91 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims             page 2

**EXHIBIT B**             **012**

Debtor  **BP Fisher Law Group, LLP**_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Treasury 1500 Pennsylvania Ave., NW Washington, DC 20220** | | | | | | **$2,000,000.00** |
| **WALZ Postal Solutions,Inc ATTN: Accounts Receivable 27398 Via Industria Temecula, CA 92590-3699** | | | | | | **$34,365.68** |

**EXHIBIT B**                                **013**

BP Fisher Law Group, LLP
1900 Main Street
Suite 610
Irvine, CA 92614


Marc C. Forsythe
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Ace Funding Source, LLC
366 N Broadway
Jericho, NY 11753-2025


Aetna
PNC Bank c/o Aetna Life Insurance C
Attn: Lockbox #31001-1408 Pasadena
465 North Haldstead - Suite 160
Pasadena, CA 91107


Aetna
Aetna P.O. Box 31001-1408
Pasadena, CA 91110


Affinity Consulting Group
11370 66th Street, Suite 132
Largo, FL 33773


ALL STAR MARINE
2434 Holly Neck Road
Essex, MD 21221


**EXHIBIT B**                                          **014**

American Legal & Financial Network
c/o Brown, Smith, Wallace LLP
American Legal & Financial Network
6 City Place Drive, Suite 900
Saint Louis, MO 63141


AMEX
P.O. Box 1270
Newark, NJ 07101-1270


Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339-1535


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


Atlantic Auctions
PO Box 200, 4805 Philadelphia Road
Belcamp, MD 21017


BAYVIEW LOAN SERVICING
4425 Ponce De Leon, 5th Floor
Coral Gables, FL 33146


BB&T
6168 OXON HILL RD
Oxon Hill, MD 20745-3107


BB&T
2301 Lucien Way, Suite 395
Maitland, FL 32751

BB&T
10260 Baltimore Avenue, Floor 2
College Park, MD 20740-4206


BB&T MORTGAGE
7701 Airport Center Drive
Mail Code 527-99-04-10
Greensboro, NC 27409


Benefit Equity, Inc.
1971 E. 4th Street, Suite 100
Santa Ana, CA 92705


Bernstein Financial Services, Inc.
7120 Hayvenhurst Avenue #316
Van Nuys, CA 91406


Bizfilings
Lockbox Payments Only 39922 Treasur
Chicago, IL 60694-9900


BKT HIGHQUALITY HEALTHCARE
6 South Laurel Street
Bridgeton, NJ 08302


Black Knight Financial Services
601 Riverside Avenue,
Jacksonville, FL 32204


BRANCH BANKING AND TRUST COMPANY
200 West Second Street
Winston Salem, NC 27101

Brown Law, LLP
4130 Parklake Avenue, Suite 525
Raleigh, NC 27612


BSI FINANCIAL SERVICES
PO Box 517
Titusville, PA 16354


Business Wire, Inc.
Department 34182 P.O. Box 39000
San Francisco, CA 94139


CALIBER HOME LOANS
13801 Wireless Way
Oklahoma City, OK 73134


CAPITAL MORTGAGE SERVICES OF TEXAS
4212 50th Street
Lubbock, TX 79413


CapX Solutions, LLC
8506 Country Club Drive
Bethesda, MD 20817


CARRINGTON MORTGAGE SERVICES, LLC
1600 South Douglass Road, Suite 200
Anaheim, CA 92806


CHAMPION MORTGAGE
4000 Horizon Way
Irving, TX 75063


**EXHIBIT B**                                    **017**

Chubb
P.O. Box 382011
Pittsburgh, PA 15250-8001


Collins Einhorn Farrell
4000 Town Center 9th Floor
Southfield, MI 48075


Convergent Commercial, Inc
925 Westchester Ave, Suite 101
West Harrison, NY 10604


Corporation Service Company,
as Representative
PO Box 2576
Springfield, IL 62708-2576


Deer Park
ReadyRefresh P.O. Box 856192
Louisville, KY 40285


Department of the Treasury
Internal Revenue Service Department
Cincinnati, OH 45999-0005


DITECH FINANCIAL, INC.
1100 Virginia Drive
Fort Washington, PA 19034


Domain Listings
PO BOX 19607
Las Vegas, NV 89132-0607

ELAN
P.O. Box 6343
Fargo, ND 58125-6343


Epicurean
1733 Thurber Place
Burbank, CA 91501


Epiq eDiscovery Solutions
11 West 42nd Street, 11th Floor
New York, NY 10036


Epiq Systems, Inc.
Jupiter eSources, LLC - Dept 2584
 PO BOX 122584
Dallas, TX 75312-2584


FAY FINANCIAL SERVICING
939 West North Avenue
Chicago, IL 60642


FCI LENDER SERVICE, INC.
PO Box 27370
Anaheim, CA 92809


Federal Express
PO Box 94515
Palatine, IL 60094-4515


First American Title Insurance Comp
P.O Box 31001-2276
Pasadena, CA 91110


**EXHIBIT B**                               **019**

FIRST Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917


Five9, Inc.
4000 Executive Parkway Suite 400
San Ramon, CA 94583


FMC/CARRINGTON MORTGAGE SERVICES
1610 East Saint Andrew Place
Santa Ana, CA 92705


Fred Sasscer Abstracts
PO Box 6
Upper Marlboro, MD 20773


Frederick W. Gams, Jr.
4317 Northview Drive
Bowie, MD 20716


FREEDOM MORTGAGE CORPORATION
907 Pleasant Valley Avenue, Suite 3
Mount Laurel, NJ 08054


GREEN TREE SERVICING/ SOUTH DAKOTA
1400 Turbine Drive
Rapid City, SD 57703


GTR Source
111 John Street Suite 1210
New York, NY 10038

Hauselman, Rappin & Olswang, Ltd.
29 East Madison Street, Suite 950
Chicago, IL 60602


HELAL, AMAL
8607 Central Avenue
Capitol Heights, MD 20743


Influx Capital, LLC
32 Court Street, Suite 205
Brooklyn, NY 11201


INTERCAP LENDING
5600 Wyoming Blvd. NE
Albuquerque, NM 87109


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revnue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Iron Mountain
PO BOX 601002
Pasadena, CA 91189-1002


Iron Mountain
PO BOX 27129
New York, NY 10087-7129


**EXHIBIT B**                                      **021**

ISGN Corporation
PO Box 644780
Pittsburgh, PA 15264-4780


Jeffrey B. Fisher
155 Potomac Passage, No. 214
Oxon Hill, MD 20745


John A & Cassandra G Nelson Estate
36202 Richmanor Ter
Upper Marlboro, MD 20772


John Ball
2046 MOUNT VERNON STREET
Philadelphia, PA 19130


Kastle Systems
PO BOX 75151
Baltimore, MD 21275


KMC Information Systems, L.C.
P.O Box 677227
Dallas, TX 75267-7227


KMC Information Systems, L.C.
101 W. Argonne Dr. Suite 261
Saint Louis, MO 63122


KONDAUR CAPITAL CORPORATION
333 South Anita Drive
Orange, CA 92868

**EXHIBIT B**                                                  **022**

KSJG, LLP
100 Spectrum Center Drive
Irvine, CA 92618


Layton & Lopez Tax Attorneys, LLP
1370 Brea Blvd., Suite 140
Fullerton, CA 92835


Leading Edge Administrators
14 Wall Street, Suite 5B
New York, NY 10005


Legal League 100
1909 Woodall Rogers Fwy
Suite 300
Dallas, TX 75201


Lexis Nexis
9443 Springboro Pike
Miamisburg, OH 45342


Lexis Nexis/Martindale-Hubbell
P.O. Box 740299
Los Angeles, CA 90074-0299


LOANCARE, A DIVISION OF FNF SERVICI
3637 Sentara Way
Virginia Beach, VA 23452


LPS Mortgage Processing Solutions
Black Knight Mortgage Processing
P.O. Box 809007
Chicago, IL 60680-9007


**EXHIBIT B**                                      **023**

MADISON MANAGEMENT
400 Morris Avenue
Denville, NJ 07834


Mail Finance
Dept 3682 PO BOX 123682
Dallas, TX 75312-3862


Mail Finance
Dept 3682 PO BOX 123682
Dallas, TX 75312-3862


Matthew Bender & Co, Inc.
PO Box 7247-0178
Philadelphia, PA 19170-0178


McBee
DeluxeMcBee Systems, Inc.
PO Box 88042
Chicago, IL 60680-1042


My Logo On It, Inc.
P.O. Box 128
Glenelg, MD 21737


MyMotionCalendar.com, LLC
3363 West Commercial Boulevard
Fort Lauderdale, FL 33309


NASA FEDERAL CREDIT UNION
PO Box 1538
Bowie, MD 20717

National Business Institute
PO Box 3067
Eau Claire, WI 54702


NATIONSTAR MORTGAGE LLC
dba MR COOPER
8950 Cyprus Waters Blvd.
Coppell, TX 75019


Nationwide Posting and Publication
PO Box 31001-2274
Pasadena, CA 91110-2274


NeoPost Mid Atlantic
1749 Old Meadow Road #200
Mc Lean, VA 22102-4314


NeoPost USA
Dept 3689 P.O. Box 123689
Dallas, TX 75312-3689


New Invoice, LLC
PO Box 842651
Los Angeles, CA 90084-2651


NEXTGEN COASTAL INVESTMENTS
992 East Michigan Street
Orlando, FL 32806


NH-J Office/Retail, LLC
12500 Fair Lakes Circle
Fairfax, VA 22033-3804

Noreast Capital Corporation
CapX Financial Services, LLC
PO Box 4128
Annapolis, MD 21403


Noreast Capital Corporation
428 Fourth Street
Suite 1
Annapolis, MD 21403-2560


NOVAD MANAGEMENT CONSULTING
8181 Professional Place, Suite 208
Landover, MD 20785


PA Dept. of Revenue
PO BOX 280904
Harrisburg, PA 17128-0904


Pace Communications LLC
PO BOX 250
Annandale, VA 22003


Pacer Billing Center
PO Box 71364
Philadelphia, PA 19176-1364


PARK TREE INVESTMENT, LLC
425 Divisadero Street, Suite 207
San Francisco, CA 94117


PRESIDENTIAL BANK, FSB
4600 East West Highway
Bethesda, MD 20814


**EXHIBIT B**                                    **026**

ProdigiNet Inc.
26566 Stetson Pl.
Laguna Hills, CA 92653


Provest, LLC
c/o Bank of Tampa
P.O. Box 25096
Tampa, FL 33622


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390


Redwitz, Inc.
3 Park Plaza, Suite 1700
Irvine, CA 92614


Regus
15305 Dallas Parkway, Suite 400
Addison, TX 75001


Regus - Cherry Hill
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456


Regus - FL
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456


**EXHIBIT B**                                    **027**

Regus - NC
Regus Management Group, LLC
P.O. Box 842456
Dallas, TX 75284-2456


Regus - Princeton
Regus Management Group, LLC
 P.O. Box 842456
Dallas, TX 75284-2456


REVERSE MORTGAGE SOLUTIONS, INC.
14405 Walters Road, Suite 200
Houston, TX 77014


Richard Basile
6305 Ivy Lane
Suite 416
Greenbelt, MD 20770


ROUNDPOINT MORTGAGE
5032 Parkway Plaza Blvd.
Charlotte, NC 28217


RSUI Group, Inc.
P.O. Box 935125
Atlanta, GA 31193-5125


RUSHMORE LOAN MANAGEMENT SERVICES,
15480 Laguna Canyon Road
Irvine, CA 92618


Safeguard Shredding
Attn: Accounts Receivable
P.O. Box 3219
Oakton, VA 22124

SELECT PORTFOLIO SERVICING, INC.
3217 South Decker Lake Drive
Salt Lake City, UT 84119


SELENE FINANCE, LP
9990 Richmond Avenue
Houston, TX 77042


ServiceLink Default Solutions, LLC
PO BOX 841313
Los Angeles, CA 90084-1313


SETERUS, INC.
14523 Southwest Millikan Way
Beaverton, OR 97005


Shea Barclay Group
501 E. Kennedy Blvd., Ste. #1000
Tampa, FL 33602


SHELLPOINT MORTGAGE SERVICING
55 Beattie Place
Greenville, SC 29601


SIP.US
3005 Royal Blvd S SIP.US STE 235
Alpharetta, GA 30022


SN SERVICING CORPORATION
PO Box 35
Eureka, CA 95502


**EXHIBIT B**                                                          **029**

SPECIALIZED LOAN SERVICES, LLC
8747 Lucent Blvd
Highlands Ranch, CO 80129


SPECIALIZED LOAN SERVICES, LLC
8742 Lucent Blvd
Highlands Ranch, CO 80129


Standard Parking Plus
150 Potomac Passage
Oxon Hill, MD 20745


Staples Advantage Dept DC
PO Box 415256
Boston, MA 02241-5256


State Farm Insurance
Support Center
P.O. Box 588002
North Metro, GA 30029-8002


State of Maryland
Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411


State of Maryland Comptroller of th
Room 409, State Office Building
301 West Preston Street,
Baltimore, MD 21201-2383


STATEBRIDGE COMPANY, LLC
5680 Greenwood Plaza Blvd.
Greenwood Village, CO 80111

Swift Courier
10111 Martin Luther King Hwy
Suite 105
Bowie, MD 20720


Terrace Towers
121 SW Morrison, Ste. 250
Portland, OR 97204


Tolin Mechanical Systems
PO BOX 732293
Dallas, TX 75373-2293


Totalfunds by Hasler
PO BOX 30193
Tampa, FL 33630-3193


United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


US Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220


USPS Disbursing Office
Accounting Service Center
PO BOX 21666
Eagan, MN 55121-0666


Verizon (fax)
P.O. Box 660720
Dallas, TX 75266-0720


**EXHIBIT B**                                                    **031**

Verizon Business
PO BOX 660794
Dallas, TX 75266-0794


Verizon Credit Inc
P.O. Box 650478
Dallas, TX 75265-0478


WALZ Postal Solutions,Inc
ATTN: Accounts Receivable
27398 Via Industria
Temecula, CA 92590-3699


YourMembership.com, Inc.
Dept. 3461 PO Box 123461
Dallas, TX 75312-3461


Zuckerman Spaeder LLP
1800 M Street NW
Washington, DC 20036

**EXHIBIT B**                                          **032**

# Exhibit "C"

**Sorensen, Marilyn  (USTP)**

| | |
|---|---|
| **From:** | Sorensen, Marilyn  (USTP) |
| **Sent:** | Wednesday, January 16, 2019 11:01 AM |
| **To:** | 'rgoe@goeforlaw.com' |
| **Cc:** | Cadigan, Frank  (USTP) |
| **Subject:** | BP Fisher Law Group, LLP (8: 19-bk-10158-TA) |
| **Attachments:** | ch11_Guidelines_and_Requirements_January 1 2018.pdf |

Good Morning Rob,

Frank Cadigan and I will be handling this Chapter 11 case.  I see that the IRS has a $2,000,000 claim but can't tell from the skeletal filing (1) if the Debtor is operating; (2) if there are cash collateral issues; or (3) if other First Day Motions are applicable.  Can you give us some additional information so we know what to expect?

I would like to conduct the Initial Debtor Interview on Thursday, January 31 at 10:00 am in our conference room on the 7th floor.

Please note that the 7-day compliance package is due Tuesday, January 22.

Thank you,
Marilyn

**Marilyn S. Sorensen**
Bankruptcy Analyst
Dept. of Justice/ U.S. Trustee
Ronald Reagan Fed. Bldg. & U.S. Courtho...
411 W 4th Street
Suite 7160
Santa Ana, CA  92701-8000

(714) 338-3421 Fax
(714) 338-3408 Work

**EXHIBIT C**                                    **033**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #7160, Santa Ana, CA  92701

A true and correct copy of the foregoing document NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§  1112(b); DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 4, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Frank Cadigan     frank.cadigan@usdoj.gov
- Marc C Forsythe     kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Marsha A Houston     mhouston@reedsmith.com
- Brian D Huben     hubenb@ballardspahr.com, carolod@ballardspahr.com
- Christopher O Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Najah J Shariff     najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Amelia B. Valenzuela     avalenzuela@wedgewood-inc.com, dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com

**2.  SERVED BY UNITED STATES MAIL**:  On **February 4, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BP Fisher Law Group, LLP,
Attention: MATTHEW BROWNDORF
1900 Main Street, Suite 610
Irvine, CA 92614

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 4, 2019,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert----bin on 5th floor

| 2/4/19 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #7160, Santa Ana, CA  92701

A true and correct copy of the foregoing document NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§  1112(b); DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 4, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Frank Cadigan    frank.cadigan@usdoj.gov
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Marsha A Houston    mhouston@reedsmith.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Amelia B. Valenzuela    avalenzuela@wedgewood-inc.com, dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com

**2.  SERVED BY UNITED STATES MAIL**:  On **February 4, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BP Fisher Law Group, LLP,
Attention: MATTHEW BROWNDORF
1900 Main Street, Suite 610
Irvine, CA 92614

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 4, 2019,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert----bin on 5th floor

| 2/4/19 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Peter C. Anderson
United States Trustee
Frank M. Cadigan, SBN 095666
Assistant U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel:  714-338-3400
Fax: 714-338-3421
Frank.Cadigan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BP FISHER LAW GROUP, LLP<br><br>                            Debtor. | CASE NUMBER:  8:19-bk-10158-TA<br><br>CHAPTER  11<br><br>NOTICE OF HEARING |

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

     NOTICE IS HERBY GIVEN that a hearing in this case will be held in Courtroom **"5B",** United States Bankruptcy Court, 411 West Fourth Street, Ronald Reagan Federal Building & United States Courthouse, Santa Ana, California  92701, on **MARCH 6, 2019 at 10:00 a.m.** to consider and act upon the following:

NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See Local Bankruptcy Rule 9013-1(f)&(h)

DATED:                                    KATHLEEN J. CAMPBELL
                                    Clerk of Court