Peter C. Anderson
United States Trustee
Frank M. Cadigan, SBN 095666
Assistant U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

BP FISHER LAW GROUP, LLP
    Debtor.

CASE NUMBER: 8:19-bk-10158-TA

CHAPTER 11

NOTICE OF HEARING

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

NOTICE IS HERBY GIVEN that a hearing in this case will be held in Courtroom **"5B"**, United States Bankruptcy Court, 411 West Fourth Street, Ronald Reagan Federal Building & United States Courthouse, Santa Ana, California 92701, on **MARCH 6, 2019 at 10:00 a.m.** to consider and act upon the following:

NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT CASE TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.§ 1112(b); DECLARATION OF MARILYN SORENSEN IN SUPPORT THEREOF

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date. See Local Bankruptcy Rule 9013-1(f)&(h)

DATED: **FEB 05 2019**

KATHLEEN J. CAMPBELL
Clerk of Court