| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Marsha A. Houston (SBN 129956)<br>mhouston@reedsmith.com<br>Christopher O. Rivas (SBN 238765)<br>crivas@reedsmith.com<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA  90071-1514<br>Tel: 213.457.8000 / Fax: 213.457.8080<br><br>☒ *Attorney for*: Ditech Financial LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 19 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** deramus **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br>BP FISHER LAW GROUP, LLP<br><br><br>Debtor(s) | CASE NO.: 8:19-bk-10158-TA<br>CHAPTER: 11<br>ADVERSARY NO.:<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): **Andrew J. Narod**

☒ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: February 19, 2019

*[signature]*
Theodor C. Albert
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                              F 2090-1.2.ORDER.NONRES.ATTY