Marc C. Forsythe - State Bar No. 153854
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Proposed Attorneys for BP Fisher Law Group, LLP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BP FISHER LAW GROUP, LLP,<br><br>　　　　Debtor and Debtor-in-Possession. | Case No. 8:19-bk-10158-TA<br><br>Chapter 11<br><br>**CHAPTER 11 CASE MANAGEMENT REPORT**<br><br>Hearing Date: February 27, 2019<br>Time:　　　　10:00 a.m.<br>Courtroom:　　5B |

BP Fisher Law Group, LLP, Debtor and Debtor-in-Possession ("Debtor") hereby files its Chapter 11 Case Management Report as follows:

　　a.　a brief description of the debtor's businesses and operations, if any, and the principal assets and liabilities or each estate;

　　Debtor refers to its Opposition to the Motion to Dismiss or Transfer Venue [Docket No. 37].

　　b.　brief answers to these questions:

　　　　1.　What precipitated the bankruptcy filing?

　　Debtor refers to its Opposition to the Motion to Dismiss or Transfer Venue [Docket No. 37].

1

2. What does the debtor hope to accomplish in this chapter 11 case?

Use Debtor-in-Possession financing from a Plutos Sama Holdings, Inc.

3. What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts?

Resolving issues with lenders who claim to have interests in trust funds.

4. How does the debtor recommend that these disputes be resolved and why?

Analyze funds on hand to resolve trust funds disputes.

5. Has the debtor complied with all of its duties under 11 U.S.C. § § 521, 1006 and 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not, why not?

Debtor has substantially complied and should be in full compliance shortly.

6. Do any parties claim an interest in cash collateral of the debtor?

Yes, BB&T.

7. Is the debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party?

No.

c. the identity of all professional retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment;

Goe & Forsythe, LLP proposed counsel to the Debtor filed its application to be employed on February 11, 2019 as Docket No. 31.

Debtor will be submitting employment applications for other professionals shortly.

d. in operating cases, evidence regarding projected income and expenses for the first six months of the case;

2

1 | Projected cash flow statements have been submitted to the UST.

2 |  e. proposed deadlines for the filing of claims and objections to claims: TBD.

3 |  f. a proposed deadlines for the filing of a plan and disclosure statement: June 15, 2019

4 |  g. a discussion of any significant unexpired leases and executory contracts to which the

5 | debtor is a party and the debtor's intentions with regard to these leases and contracts; and

6 | Debtor's counsel is still analyzing these issues

7 |  h. if debtor is an individual, whether debtor proposes to combine the hearing on the

8 | disclosure statement and plan. See 11 U.S.C. § 105(d)(2)(B)(vi)

9 | Not applicable.

Dated: February 26, 2019

Respectfully submitted by
GOE & FORSYTHE, LLP

By: */s/Marc C. Forsythe*
  Marc C. Forsythe
  Proposed Attorneys for BP Fisher Law
  Group, LLP, Debtor and Debtor in
  Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 CASE MANAGEMENT REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 26, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Frank Cadigan**    frank.cadigan@usdoj.gov
- **Marc C Forsythe**    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Marsha A Houston**    mhouston@reedsmith.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **John D Sadler**    sadlerj@ballardspahr.com, andersonn@ballardspahr.com
- **Najah J Shariff**    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Amelia B. Valenzuela**    avalenzuela@wedgewood-inc.com, dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 26, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffrey Fisher
155 Potomac Passage, No 214
Oxon Hill, MD 20745

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 26, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Theodor C Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2019 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4