Jeff D. Kahane (SBN 223329)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email: JKahane@duanemorris.com

Michael T. Grant (admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Telephone: +1 857 488 4200
Fax: +1 857 488 4201
E-mail:mtgrant@duanemorris.com

Attorneys for Specialized Loan Servicing LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BP FISHER LAW GROUP, LLP,<br><br>Debtor. | Case No. 8:19-bk-10158-TA<br><br>Chapter 7<br><br>**SPECIALIZED LOAN SERVICING LLC'S NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION TO RESET DEADLINES REGARDING ORDER TO SHOW CAUSE**<br><br>[Relates to Docket Nos. 1115 and 1120]<br><br>[Filed concurrently with Declaration of Michael T. Grant; [Proposed] Order]<br><br><u>Currently Scheduled Hearing Date:</u><br>Date: March 22, 2022<br>Time: 11:00 A.M. (PT)<br>Place: Courtroom 5B<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

1      PLEASE TAKE NOTICE that on March 22, 2022, at 11:00 AM, or as soon thereafter as the matter may be heard, via remote means, in the United States Bankruptcy Court, Central District of California, Santa Ana Division, located at 411 West Fourth Street, Suite 5085, Courtroom 5B, Santa Ana, CA 92701, before the Honorable Theodor C. Albert, Specialized Loan Servicing LLC ("SLS") will and hereby does move the Court for an order resetting the deadlines regarding the Court's Order to Show Cause why an order should not be issued holding Matthew Browndorf ("Browndorf") in contempt of court for failing and refusing to produce certain documents and thereby failing and refusing, without adequate excuse, to comply with the subpoena dated July 21, 2021 (the "Subpoena"), issued to him by counsel for SLS byrefusing to produce subpoenaed discovery central to the Contested Matters [Docket No. 1120].

     This Motion is based upon this Notice of Motion and Motion to Reset, the concurrently filed Declaration of Michael T. Grant, and such further evidence, authorities, and argument as may be presented in advance of or during the hearing on this Motion to Reset.

     PLEASE TAKE FURTHER NOTICE THAT THE FOLLOWING ZOOMGOV PROCEDURES SHALL TAKE PLACE REGARDING THIS MOTION:

1.     Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology. Information on how to participate in the hearing using ZoomGov is provided herein.

2.     If a responding party wishes to appear in person advance notice is required. The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the Motion.

3.     Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4.     Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these

-2-

181947728.2
EAST\186138370.1

1    devices, provided the device is connected to the Internet.  Individuals connecting in this manner
2    will be prompted for the Meeting ID and Password shown below.
3        5.    Individuals also may connect to the hearing by telephone only, using the
4    telephone number provided below.  Individuals connecting in this manner also will be prompted
5    for the Meeting ID and Password.
6        6.    Neither a Zoom nor a ZoomGov account is necessary to participate in or observe
7    the hearing, and no pre-registration is required.
8        7.    The audio portion of the hearing will be recorded electronically by the Court and
9    constitute its official record.
10        8.    All persons are strictly prohibited from making any other recording of court
11    proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition
12    may result in the imposition of monetary and non-monetary sanctions.
13        9.    The following is the unique ZoomGov connection information for the above-
14    referenced hearing:
15            Meeting URL:
16            https://cacb.zoomgov.com/j/1609081463
17            Meeting ID: 160 908 1463
18            Password: 679193
19            Telephone: 1 (669) 254 5252 or 1 (646) 828 7666
20        10.    More information on using ZoomGov to participate in this hearing is available on
21    the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-
22    video-hearing-guide-and-training-participants.
23        **WHEREFORE**, SLS respectfully requests that the Court enter an order granting the
24    Motion and:
25        1.    Resetting the deadlines with respect to the OSC as requested herein; and
26        2.    Grant such other and further relief as the Court deems just and proper.
27
28

-3-

181947728.2
EAST\186138370.1

1 | Dated: March 21, 2022

**DUANE MORRIS LLP**

By: */s/ Michael T. Grant*
    Michael Grant
    Attorneys for Creditor

SPECIALIZED LOAN SERVICING LLC

-4-

181947728.2
EAST\186138370.1