D. EDWARD HAYS, #162507
ehays@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BP FISHER LAW GROUP, LLP,<br><br>Debtor. | Case No. 8:19-bk-10158-TA<br><br>Chapter 7<br><br>STIPULATION TO APPROVE TOLLING AGREEMENT<br><br>[NO HEARING REQUIRED] |

TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This stipulation is entered into between Richard A. Marshack ("Trustee"), in his capacity as the Chapter 7 Trustee of the bankruptcy estate ("Estate") of BP Fisher Law Group, LLP ("Debtor"), Matthew Browndorf ("Mr. Browndorf") and Plutos Sama Holdings, Inc. ("Plutos", Mr. Browndorf and Plutos are referred to as the "Browndorf Parties").

**Recitals**

A.   On January 15, 2019, Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

B.   On February 14, 2019, LF Runoff filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

    C.    On April 18, 2019, as Dk. No. 47, the United States Trustee filed a motion to dismiss or convert the LF Runoff case pursuant to 11 U.S.C. § 1112(b).

    D.    On May 14, 2019, the LF Trustee was appointed as Chapter 11 Trustee.

    E.    On September 4, 2019, as Dk. No. 146, the Bankruptcy Court entered an order converting the LF Runoff case to Chapter 7. On September 5, 2019, as Dk. No. 147, a notice of appointment and acceptance of trustee was filed by the LF Runoff Trustee.

    F.    BP Fisher is a subsidiary of LF Runoff. BP Fisher filed its own voluntary petition under Chapter 11 of Title 11 of the United States Code on January 15, 2019.

    G.    On April 26, 2019, as Dk. No. 109, the BP Trustee was appointed as the Chapter 11 trustee of the BP Fisher Estate.

    H.    The BP Fisher bankruptcy case was converted to Chapter 7 on September 30, 2019. Thereafter, the BP Fisher Trustee was appointed as Chapter 7 trustee of the BP Fisher Estate.

    I.    Since the appointment of the LF Runoff Trustee and the BP Fisher Trustee, he and his professionals have been diligently investigating and attempting to reconstruct financial histories for both LF Runoff and BP Fisher. To that end, Trustee obtained multiple orders to extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) in order to complete the financial reconstruction of LF Runoff and BP Fisher prior to expiration of the date to file litigation claims.

    J.    On February 28, 2022, as Dk. No. 1109 in the BP Fisher case, the Parties filed a stipulation to approve the tolling agreement executed by the Parties on or about February 7, 2022, and extending the deadline to file claims against the Browndorf Parties until June 28, 2022 ("First BP Fisher Tolling Agreement Stipulation").

    K.    On March 3, 2022, as Dk. No. 1117, the Court entered an order granting the First BP Fisher Tolling Agreement Stipulation.

    L.    On February 28, 2022, as Dk. No. 242 in the LF Runoff case, the Parties filed a stipulation to approve the tolling agreement executed by the Parties on or about February 7, 2022,

1 and extending the deadline to file claims against the Browndorf Parties until June 28, 2022 ("First LF Runoff Tolling Agreement Stipulation").

M. On March 2, 2022, as Dk. No. 243, the Court entered an order granting the First LF Runoff Tolling Agreement Stipulation.

N. On May 12, 2022, as Dk No. 263, the Trustee's special litigation counsel filed a Rule 2004 of the Federal Rules of Bankruptcy Procedure ("FRBP") motion seeking certain documents and deposition testimony from Mr. Browndorf ("2004 Motion").

O. On May 16, 2022, as Dk. No. 265, the Court entered an order granting the 2004 Motion ("2004 Exam Order").

P. In response to the 2004 Exam Order, Mr. Browndorf indicated that in light of various proceedings currently pending, he will assert his Fifth Amendment rights to any testimony through and including June 30, 2022.

Q. In light of the Trustee's ongoing investigation, and in light of Mr. Browndorf's assertion of his Fifth Amendment rights in response to the 2004 Exam Order through June 30, 2022, on May 19, 2022, as Dk. No. 1144 in the BP Fisher case, the Trustee filed a motion to extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) until October 28, 2022. Similarly, on May 19, 2022, as Dk. No. 267 in the LF Runoff case, the Trustee filed a motion extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) until October 28, 2022.

R. The Browndorf Parties consent to the motions filed in the BP Fisher and LF Runoff case to extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) until October 28, 2022.

/ / /

/ / /

/ / /

S. The LF Trustee and BP Fisher Trustee is currently investigating claims for relief including against the Browndorf Parties (collectively, "Claims for Relief").

T. To provide additional time to investigate the potential Claims for Relief, Trustee and the Browndorf Parties entered into a tolling agreement to extend any relevant statute of limitations ("Tolling Agreement"). [1]

WHEREFORE, the Parties stipulate as follows:

1. The Tolling Agreement and its terms are approved;

2. Trustee is authorized to enter into and execute the Tolling Agreement; and

3. As set forth in the Tolling Agreement, the deadline to file claims against the Browndorf Parties is extended to and including October 28, 2022.

Dated: May 27, 2022

By: _____
WILLIAM J. WALL,
Attorney for the Browndorf Parties

Dated: May 27, 2022        MARSHACK HAYS LLP

/s/ David A. Wood
By:_____
D. EDWARD HAYS
DAVID A. WOOD
Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

---

[1] A true and correct copy of the Tolling Agreement is attached here as Exhibit "1.

**EXHIBIT 1**

# TOLLING AGREEMENT

This Tolling Agreement ("Agreement") is entered into as of May 24, 2022, by and between the Matthew Browndorf ("Mr. Browndorf"), Plutos Sama Holdings Inc. ("PSH"), and any corporate entity that Mr. Browndorf may have an interest in, including, but not limited to BP Peterman Law Group LLC ("BP Peterman"), Wilson Keadjian Browndorf LLP ("WKB"), Plutos Sama Client Services LLC ("PS Client"), Plutos Sama AUM, LLC ("PS AUM"), Distressed Capital Management, LLC ("DSM"), RCM-US, LLC ("RCM"), DCM-P1, LLC ("DCM-1"), DCM-P2, LLC ("DCM-2"), DCM-P3, LLC ("DCM-3"), DCM-P4, LLC ("DCM-4"), DCM-P5, LLC ("DCM-5"), DCM-P6, LLC ("DCM-6"), DCM-P7, LLC ("DCM-7"), DCM-P8, LLC ("DCM-8"), DCM-P9, LLC ("DCM-9"), DCM-P10, LLC ("DCM-10"), DCM-P11, LLC ("DCM-11"), DCM-P12, LLC ("DCM-12"), Plutos Investment Capital LLC ("PS Investment"), VAP Sunshine LLC ("VAP"), Target Mortgage Originator ("Target Mortgage"), Plutos Sama International LLC ("PS International"), Plutos Sama Employment Services LLC ("PS Employment," collectively with PSH, BP Peterman, WKB, PS Client, PS AUM, DSM, DSM-1, DSM-2, DSM-3, DSM-4, DSM-5, DSM-6, DSM-7, DSM-8, DSM-9, DSM-10, DSM-11, DSM-12, PS Investment, VAP, Target Mortgage, PS International, and PS Employment, the "Browndorf Parties"), on the one hand, and Richard A. Marshack, in his capacity as Chapter 7 Trustee ("LF Trustee") of the Bankruptcy Estate ("LF Estate") of LF Runoff 2, LLC ("LF Runoff") currently pending in the United States Bankruptcy Court, Central District of California, Santa Ana Division ("Bankruptcy Court") as Case No. 8:19-bk-10526-TA, and in his capacity as Chapter 7 Trustee ("BP Fisher Trustee") of the Bankruptcy Estate ("BP Fisher Estate") of BP Fisher Law Group, LLP ("BP Fisher") currently pending in the Bankruptcy Court as Case No. 8:19-bk-10158-TA, on the other hand. The LF Trustee and BP Fisher Trustee are collectively referred to as Trustee. The Browndorf Parties and Trustee may collectively be referred to as "Parties" and individually, as a "Party."

# RECITALS

A.    On February 14, 2019, LF Runoff filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

B.    On April 18, 2019, as Dk. No. 47, the United States Trustee filed a motion to dismiss or convert the LF Runoff case pursuant to 11 U.S.C. § 1112(b).

C.    On May 14, 2019, the LF Trustee was appointed as Chapter 11 Trustee.

D.    On September 4, 2019, as Dk. No. 146, the Bankruptcy Court entered an order converting the LF Runoff case to Chapter 7. On September 5, 2019, as Dk. No. 147, a notice of appointment and acceptance of trustee was filed by the LF Runoff Trustee.

E.    BP Fisher is a subsidiary of LF Runoff. BP Fisher filed its own voluntary petition under Chapter 11 of Title 11 of the United States Code on January 15, 2019.

F.    On April 26, 2019, as Dk. No. 109, the BP Trustee was appointed as the Chapter 11 trustee of the BP Fisher Estate.

  G. The BP Fisher bankruptcy case was converted to Chapter 7 on September 30, 2019. Thereafter, the BP Fisher Trustee was appointed as Chapter 7 trustee of the BP Fisher Estate.

  H. Since the appointment of the LF Runoff Trustee and the BP Fisher Trustee and his professionals have been diligently investigating and attempting to reconstruct financial histories for both LF Runoff and BP Fisher. To that end, the Trustee obtained multiple orders to extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) in order to complete the financial reconstruction of LF Runoff and BP Fisher prior to expiration of the date to file litigation claims.

  I. On February 15, 2022, as Dk. No. 239 in the LF Runoff case, the Bankruptcy Court entered an order granting the LF Trustee's motion to extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) until June 28, 2022.

  J. On February 15, 2022, as Dk. No. 1105 in the BP Fisher case, the Bankruptcy Court entered an order granting the BP Fisher Trustee's motion to extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) until June 28, 2022.

  K. On February 28, 2022, as Dk. No. 1109 in the BP Fisher case, the Parties filed a stipulation to approve the tolling agreement executed by the Parties on or about February 7, 2022, and extending the deadline to file claims against the Browndorf Parties until June 28, 2022 ("First BP Fisher Tolling Agreement Stipulation").

  L. On March 3, 2022, as Dk. No. 1117, the Court entered an order granting the First BP Fisher Tolling Agreement Stipulation.

  M. On February 28, 2022, as Dk. No. 242 in the LF Runoff case, the Parties filed a stipulation to approve the tolling agreement executed by the Parties on or about February 7, 2022, and extending the deadline to file claims against the Browndorf Parties until June 28, 2022 ("First LF Runoff Tolling Agreement Stipulation").

  N. On March 2, 2022, as Dk. No. 243, the Court entered an order granting the First LF Runoff Tolling Agreement Stipulation.

  O. On May 12, 2022, as Dk No. 263, the Trustee's special litigation counsel filed a Rule 2004 of the Federal Rules of Bankruptcy Procedure ("FRBP") motion seeking certain documents and deposition testimony from Mr. Browndorf ("2004 Motion").

  P. On May 16, 2022, as Dk. No. 265, the Court entered an order granting the 2004 Motion ("2004 Exam Order").

  Q. In response to the 2004 Exam Order, Mr. Browndorf indicated that in light of various proceedings currently pending, he will assert his Fifth Amendment rights to any testimony through and including June 30, 2022.

R.   In light of the Trustee's ongoing investigation, and in light of Mr. Browndorf's assertion of his Fifth Amendment rights in response to the 2004 Exam Order through June 30, 2022, on May 19, 2022, as Dk. No. 1144 in the BP Fisher case, the Trustee filed a motion to extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) until October 28, 2022. Similarly, on May 19, 2022, as Dk. No. 267 in the LF Runoff case, the Trustee filed a motion extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) until October 28, 2022.

S.   The Browndorf Parties consent to the motions filed in the BP Fisher and LF Runoff case to extend the litigation deadlines pursuant to 11 U.S.C. §§ 108, 546(a), and 549(d) until October 28, 2022.

T.   The LF Trustee and BP Fisher Trustee is currently investigating claims for relief including against the Browndorf Parties (collectively, "Claims for Relief").

Now, therefore, the Parties agree as follows:

1.   Effective as of the date of this Agreement, the Parties agree to toll, stay, and suspend the running of all time limits, all statutes of limitations or other time bars for any actions, and all other time bars concerning the filing of any and all claims or actions that may exist, arise, or be filed by or between the Parties including, but not limited to the Claims for Relief, and all statutes of limitations and any other time-related defenses (including, without limitation, the time periods specified under 11 U.S.C. § 546, applicable state law statutes of limitation, and any and all defenses based upon waiver, laches, estoppel, or the lapse of time) with respect to any possible claim, cause of action, or right to bring any cause of action pursuant to the laws of the United States, whether federal or state, are tolled as of, and cease to run from, February 28, 2022, through and including October 28, 2022. Accordingly, if Trustee commences any Claims for Relief against any or all of the Browndorf Parties on or before October 28, 2022, then such Claims for Relief shall be deemed to have been timely filed and commenced for purposes of applying any applicable statutes of limitation or any other time-related defenses (collectively, "Defenses").

2.   Nothing in this Agreement shall prevent Trustee from filing a lawsuit relating to the Claims for Relief prior to May 27, 2022. As long as any Claims for Relief are commenced on or prior to October 28, 2022, and would not have been time barred as of January 13, 2021, such commencement and/or filing of a lawsuit shall be deemed filed on or before January 13, 2021.

3.   The Parties agree and understand that this Agreement may be extended for an additional period of time or modified, but that any such extensions or modifications must be in writing and signed by all parties.

3.   The Parties each recognize and understand that execution of the Agreement shall not be deemed to constitute evidence of any waiver or admission of liability with respect to any claim, action, or defense. However, the Parties agree and understand that this Agreement shall be admissible as incontrovertible and undisputable evidence in the event that any party to this Agreement subsequently claims or asserts a defense that any such claim or action is time-barred under any theory.

      4.      This Agreement is not intended, and shall not be construed, to limit or restrict the initiation or prosecution of claims or actions by any Party.

      5.      Except to the extent specified above, this Agreement shall not be deemed to constitute a waiver of any defense (under statutes of limitation or otherwise) available to the Parties, and all such defenses are expressly reserved.

      7.      This Agreement shall be governed by, and construed and enforced pursuant to, the laws of the State of California, without regard to its conflicts of law principles. The United States Bankruptcy Court for the Central District of California, Santa Ana Division shall have exclusive jurisdiction to adjudicate any disputes arising under or in connection with this Agreement.

      8.      The parties agree that they have reviewed and have had an opportunity to revise this Agreement and that this Agreement shall be interpreted as having been drafted by all parties.

      9.      Each party represents either that it has received independent legal advice or has had the opportunity to seek such advice before entering this Agreement.

      10.      The individuals executing this Agreement represent and warrant that in doing so they are duly authorized to act on behalf of and bind their respective parties with respect to all the terms and purposes set forth in this Agreement.

      11.      It is understood and agreed that this Agreement shall be binding upon each of the undersigned parties, and each of their partners, successors, assigns, insurers, employees, sureties, and attorneys.

      12.      This Agreement constitutes a single, integrated written contract, expresses the entire agreement of the parties with respect to the subject matter of the Agreement, and supersedes all negotiations, prior discussions, and preliminary agreements.

      13.      In the event of litigation to enforce any of the terms of this Agreement, the prevailing parties shall be entitled to recover its costs, including all reasonable attorney's fees from all non-prevailing parties.

/ / /

/ / /

/ / /

14. BP FISHER AND LF RUNOFF TOLLING AGREEMENT WITH MATTHEW BROWNDROF AND AFFILIATED COMPANIES THROUGH OCTOBER 28, 2022. This Agreement may be signed in counterparts and all so executed shall constitute one Agreement, even though all of the parties are not signatories to the original or the same counterpart. Photocopied, e-mail, or facsimile pages of this Agreement may be used as originals.

**RICHARD A. MARSHACK**

By: _[signature]_

RICHARD A. MARSHACK, in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of LF Runoff 2, LLC and in his capacity as Chapter 7 Trustee of the Bankruptcy Estate of BP Fisher Law Group, LLP
Date: 5/27/22

**MATTHEW BROWNDORF,**
individually and as to any corporate entity that he holds a legal interest in *OH*

Name: _[signature]_
Date: 5/27/22

**PLUTOS SAMA HOLDINGS, INC., and any entity in which it holds an interest or may legally bind**

By: _[signature]_
Name: Matthew Browndorf
Its: 
Date: 5/27/22

4860-6514-1280, v. 1

Page 5 of 5

EXHIBIT 1, PAGE 9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **STIPULATION TO APPROVE TOLLING AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 27, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 27, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**NEW ADDR 08/28/19 [DK 199]; RTD 04/14/21 UTF**
**DEBTOR**
BP FISHER LAW GROUP, LLP
~~18400 VON KARMAN 10TH FLOOR~~
~~IRVINE CA 92612~~

**RTD 11/01/21 UTF**
**DEBTOR'S CEO**
MATTHEW BROWNDORF
~~18400 VON KARMAN 10TH FLOOR~~
~~IRVINE, CA 92612~~

**MAIL REDIRECTED TO TRUSTEE**
**DEBTOR**
BP FISHER LAW GROUP, LLP
~~1900 MAIN ST STE 610~~
~~IRVINE, CA 92614-7319~~

**DEBTOR'S CEO / CREDITOR / POC ADDRESS**
MATTHEW BROWNDORF
34 BLACK HAWK
IRVINE, CA 92603

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 19, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE CENTRAL GUIDE SUPPLEMENT TO LBR 5005-2(d), SERVING A JUDGE'S COPY OF DOCUMENTS, §2.2(c), A NON-HEARING MOTION WHEN THE RESPONSE DEADLINE HAS NOT PASSED SHOULD NOT BE SERVED UPON THE JUDGE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 27, 2022 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR CREDITOR DCM-P1, LLC:** Anerio V Altman LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
   - **ATTORNEY FOR CREDITOR JONATHAN BALL:** Richard T Baum     rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
   - **ATTORNEY FOR DEFENDANT SHANNON KRESHTOOL:** Samuel G Brooks sbrooks@calljensen.com, kdominick@calljensen.com
   - **ATTORNEY FOR CREDITOR PARKER, SIMON & KOKOLIS, LLC:** Katrina M Brown     kbrown@pskbfirm.com
   - **ATTORNEY FOR UNITED STATES TRUSTEE (SA):** Frank Cadigan     frank.cadigan@usdoj.gov
   - **INTERESTED PARTY COURTESY NEF:** Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
   - **ATTORNEY FOR CREDITOR SPECIALIZED LOAN SERVICING LLC:** Marcus Colabianchi mcolabianchi@duanemorris.com
   - **ATTORNEY FOR PLAINTIFF BP FISHER LAW GROUP, LLP:** Benjamin Cutchshaw bcutchshaw@wkbllp.com
   - **ATTORNEY FOR INTERESTED PARTY AND DEFENDANT SELECT PORTFOLIO SERVICING, INC.:** Lauren A Deeb     lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com
   - **ATTORNEY FOR CREDITOR PREFERRED BANK:** Michael G Fletcher     mfletcher@frandzel.com, sking@frandzel.com
   - **ATTORNEY FOR DEBTOR AND DEFENDANT BP FISHER LAW GROUP, LLP:** Marc C Forsythe kmurphy@goeforlaw.com, mforsythe@goeforlaw.com; goeforecf@gmail.com
   - **ATTORNEY FOR CREDITOR LEXINGTON NATIONAL INSURANCE CORPORATION:** Eric D Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
   - **ATTORNEY FOR CREDITOR SPECIALIZED LOAN SERVICING LLC:** Michael T Grant mtgrant@duanemorris.com
   - **ACCOUNTANT FOR TRUSTEE RICHARD A MARSHACK (TR):** Howard B Grobstein     documents@gtllp.com, documents@gtfas.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR INTERESTED PARTY DITECH FINANCIAL, LLP:** Marsha A Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
   - **ATTORNEY FOR CREDITOR BRANCH BANKING AND TRUST COMPANY:** Brian D Huben hubenb@ballardspahr.com, carolod@ballardspahr.com
   - **ATTORNEY FOR CREDITOR LEXINGTON NATIONAL INSURANCE CORPORATION:** Robbin L. Itkin ritkin@sklarkirsh.com, mduran@sklarkirsh.com
   - **ATTORNEY FOR CREDITOR SPECIALIZED LOAN SERVICING, LLC:** Jeff D Kahane jkahane@duanemorris.com, dmartinez@duanemorris.com
   - **ATTORNEY FOR CREDITOR AND DEFENDANT LOANCARE, LLC:** Sheri Kanesaka sheri.kanesaka@fnf.com, Christine.hipp@fnf.com
   - **ATTORNEY FOR CREDITOR NATIONSTAR MORTGAGE LLC aka MR. COOPER:** Yevgeniya Kutepova jkutepova@hallgriffin.com, rvogel@hallgriffin.com; cbrown@hallgriffin.com
   - **INTERESTED PARTY COURTESY NEF:** Aaron J Malo amalo@sheppardmullin.com, rgolder@sheppardmullin.com; abilly@sheppardmullin.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Charity J Manee     cmanee@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Tinho Mang     tmang@marshackhays.com, tmang@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC:** Bonni S Mantovani bmantovani@pralc.com; ecfcca@ecf.courtdrive.com
   - **TRUSTEE RICHARD A MARSHACK (TR):** Richard A Marshack (TR) pkraus@marshackhays.com, rmarshack@iq7technology.com; ecf.alert+Marshack@titlexi.com
   - **ATTORNEY FOR CREDITOR KMC INFORMATION SYSTEMS, LLC:** Angie M Marth bknotifications@ghidottiberger.com
   - **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

- **ATTORNEY FOR CREDITOR BRANCH BANKING AND TRUST COMPANY AND CREDITOR TRUIST BANK, FORMLERY KNOWN AS BRANCH BANKING AND TRUST COMPANY:** Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- **ATTORNEY FOR DEBTOR BP FISHER LAW GROUP, LLP:** Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com; morganv@ballardspahr.com
- **ATTORNEY FOR CREDITOR JEFFREY B FISHER:** Sean A OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
- **ATTORNEY FOR PLAINTIFF AND INTERSTED PARTY PELEUS INSURANCE COMPANY:** Linda B Oliver    linda.oliver@bullivant.com, lbo2@cornell.edu
- **ATTORNEY FOR COUNTER-DEFENDANT AND PLAINTIFF PELEUS INSURANCE COMPANY:** Jung Park    jung.park@rmkb.com
- **ATTORNEY FOR CREDITOR TERRACE TOWER ORANGE COUNTY, LLC:** Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR LEXINGTON NATIONAL INSURANCE CORPORATION:** David M Riley david.riley@morganlewis.com, davidzriley@gmail.com
- **ATTORNEY FOR CREDITOR NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING; CREDITOR SETERUS, INC; AND DEFENDANT AND INTERESTED PARTY DITECH FINANCIAL, LLP:** Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **ATTORNEY FOR CREDITOR BRANCH BANKING AND TRUST COMPANY:** John D Sadler sadlerj@ballardspahr.com, andersonn@ballardspahr.com
- **ATTORNEY FOR CREDITOR UNITED STATES OF AMERICA ON BEHALF OF THE INTERNAL REVENUE SERVICE:** Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **INTERESTED PARTY COURTESY NEF:** Elaine Soong esoong@wedgewood-inc.com, dmarcus@wedgewood-inc.com; elaine.soong@summitlegal.pro; jpeeler@wedgewood-inc.com; jen.peeler@summitlegal.pro; btrout@wedgewood-inc.com
- **ATTORNEY FOR CREDITOR SPECIALIZED LOAN SERVICING LLC:** Mohammad Tehrani mtehrani@duanemorris.com, aromain@milbank.com; bnicholson@milbank.com; cbrennand@milbank.com
- **UNITED STATES TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- **ATTORNEY FOR INTERESTED PARTY CAM XV TRUST AND INTERESTED PARTY HMC ASSETS, LLC AS TRUSTEE OF THE CAM XV TRUST:** Amelia B. Valenzuela    amelia.valenzuela@quarles.com, dmarcus@wedgewood-inc.com; jpeeler@wedgewood-inc.com; jchoi@wedgewood-inc.com; jchoi@wedgewood-inc.com; btrout@wedgewood-inc.com
- **ATTORNEY FOR CREDITOR SPECIALIZED LOAN SERVICING, LLC:** Brian C Vanderhoof brian.vanderhoof@lewisbrisbois.com
- **ATTORNEY FOR CREDITOR PACIFIC PREMIER BANK:** Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com
- **ATTORNEY FOR TRUSTEE RICHARD A MARSHACK (TR):** David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**: Cont.

William J. Wall, Esq Wall & Son
26895 Aliso Creek Rd. #B-110
Aliso Viejo, CA 92656

4894-5561-9617, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE